John E. Lord (Bar No. 216111)
jlord@onellp.com
ONE LLP
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:    (949)502-2870
Facsimile:    (949) 258-5081

Perry S. Clegg (admitted *pro hac vice*)
JOHNSON & MARTIN, P.A.
50 W. Broadway, Suite 900
Salt Lake City, UT 84101
Tel.: (801) 783-3200
Fax: (954) 206-0013
Email: pclegg@johnsonmartinlaw.com

Attorneys for Defendant
Modern Font Applications LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUOLINGO, INC., <br><br> Plaintiff, <br><br> v. <br><br> MODERN FONT APPLICATIONS LLC, <br><br> Defendant. | Case No. 5:21-cv-6132-LHK <br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Defendant Modern Font Applications LLC ("Defendant" or "MFA") in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the district court's "Order by Judge Lucy H. Koh denying 21 Motion for Relief from Case Management Schedule", entered November 2, 2021 as ECF No. 28; "Case Management Order" entered November 12, 2021, as ECF No. 33; "Order by Lucy H. Koh denying [38]

1  Administrative Motion under Civil Local Rule 7-11 to Stay Discovery" entered November 26, 2021 as
2  ECF No. 44; and from all other interlocutory orders that merge therein.  The appeal is made, at least
3  under the collateral order doctrine.  *See, e.g., Depuy Synthes Prods., Inc. v. Veterinary Orthopedic Implants, Inc.*,
4  no. 2020-1514, slip op. p. 4 (Fed. Cir. Mar. 12, 2021) ("The collateral order doctrine is a narrow
5  exception to the usual rule of finality and allows an interlocutory appeal when a trial court's order
6  'affect[s] rights that will be irretrievably lost in the absence of an immediate appeal.'").

Respectfully submitted,

Dated:  November 29, 2021

By:  ⎯⎯/s/ *Perry S. Clegg*⎯⎯⎯⎯
     PERRY S. CLEGG

John E. Lord (Bar No. 216111)
jlord@onellp.com
ONE LLP
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:      (949)502-2870
Facsimile:       (949) 258-5081

Perry S. Clegg (admitted *pro hac vice*)
JOHNSON & MARTIN, P.A.
50 W. Broadway, Suite 900
Salt Lake City, UT 84101
Tel.: (801) 783-3200
Fax: (954) 206-0013
Email:  pclegg@johnsonmartinlaw.com

Attorney for Defendant
Modern Font Applications LLC

2

NOTICE OF APPEAL
Case No. 5:21-cv-6132-LHK