John E. Lord (Bar No. 216111)
jlord@onellp.com
ONE LLP
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:     (949)502-2870
Facsimile:      (949) 258-5081

Perry S. Clegg (*admitted pro hac vice*)
JOHNSON & MARTIN, P.A.
50 W. Broadway, Suite 900
Salt Lake City, UT 84101
Tel.: (801) 783-3200
Fax: (954) 206-0013
Email:  pclegg@johnsonmartinlaw.com

Attorneys for Defendant
Modern Font Applications LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUOLINGO, INC., <br><br> Plaintiff, <br><br> v. <br><br> MODERN FONT APPLICATIONS LLC, <br><br> Defendant. | Case No. 5:21-cv-6132-LHK <br><br> **DECLARATION IN SUPPORT OF DEFENDANT'S RULE 79-5(f) STATEMENT** |

I, Andrew Oliver, declare as follows:

1. I am over the age of 18 and competent to make the statements herein.

2. I have personal knowledge of the facts described herein and, if called upon to do so, would competently testify thereto. I make this declaration on behalf of Modern Font Applications LLC ("MFA") and in support of MFA's Rule 79-5(f) Statement.

3. I have reviewed and am personally familiar with the contents of each of the documents filed as exhibits A through S to the Declaration filed as ECF No. 50-1 in this case. My statements below are related to those exhibits. In making my statements below, to avoid revealing further confidential information beyond what Plaintiff has already revealed in the referenced Declaration, I will refer to the documents in three groups (i.e., the "Agreements", the "Other Agreements", and the "Analysis Documents"), rather than by individual exhibit numbers.

Agreements

4. Referring to Exhibits A through S to ECF No. 50-1, I will use the term "Agreements" to refer to all of the documents that include the word "Confidential … Agreement" on the first line immediately below the confidentiality designation on each page of the document.

5. Each of the Agreements contains a confidentiality clause. Some of the Agreements contain a confidentiality clause where the parties to the agreement contractually agree that even the fact of the "existence" of the agreement must be kept confidential, in section 10.2 of the Agreement (or section 10.1 in one Agreement). Even where the existence of one of the Agreements is not confidential, the parties contractually agreed that the "terms" are confidential.

6. The overall subject matter of each of the Agreements is confidential to MFA and all third parties to each of the Agreements.

7. The preamble and Section 1 of each of the Agreements includes confidential information, such as confidential identities of the parties and the definitions that reveal information about business relationships and the confidential scope of the businesses and the agreements.

8. Sections 2 and 3 of each of the Agreements has confidential information regarding the scope of all confidential rights granted.

9. In some of the Agreements, section 4 includes confidential terms related to resolution of litigation.

10. In Section 5 of each of the Agreements, the Agreements include confidential monetary terms and other confidential business terms, such as tax agreements.

11. In Section 6 of each of the Agreements, the Agreements include the confidential term (i.e., length) of the agreements.

12. In Section 7 of each of the Agreements, the Agreements include the confidential assignment provisions.

13. In Section 8 of each of the Agreements, the Agreements include confidential information about how notice is provided, including third party names that the parties to the Agreement contracted to maintain as confidential.

14. In Section 9 of each of the Agreements, the Agreements include confidential representations and rights bargained for.

15. On the final page of each of the Agreements, the Agreements include the identity of the third parties and their signatories which is also confidential business information.

16. Exhibits D and E further include confidential information in the portions of these Agreements called "Exhibits" that identify further confidential third parties and further confidential terms of the types set forth above.

Other Agreements

17. Referring to Exhibits A through S to ECF No. 50-1, I will use the term "Other Agreements" to refer to each of the documents that does not have a caption page for this case and that does not have the words "Confidential … Agreement" on the first line immediately below the confidentiality designation on each page.

18. The parties to each of the Other Agreements has agreed to keep the Other Agreements confidential.

19. In sections 3 and 9, each of the Other Agreements includes the confidential financial terms of the agreements.

Analysis Documents

20. Referring to Exhibits A through S to ECF No. 50-1, I will use the term "Analysis Documents" to refer to each of the documents that has a caption page for this case as its first page.

21. The overall subject matter of each of the Analysis Documents is confidential to MFA.

22. Each of the Analysis Documents contains detailed descriptions of the internal process that MFA uses to evaluate software. These processes were developed internally and confidentially by MFA. MFA invested significant time in efforts to develop a process by which infringement can be determined quickly and efficiently using the process. MFA maintains the processes as confidential.

23. The Analysis Documents also contain indications of persons working for MFA who are aware of the results of the investigation of Duolingo's products. MFA does not publicize which persons working for MFA are privy to various information. MFA keeps information segmented between persons working for MFA to maintain confidentiality.

24. MFA considers both the processes and the identities of persons who know particular information to be trade secrets.

I declare the under penalty of perjury that the foregoing is true and correct.

Dated: December 21, 2021

_____
Andrew Oliver