# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUOLINGO, INC., | Case No. 5:21-cv-6132-LHK |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| MODERN FONT APPLICATIONS LLC, | |
| Defendant. | |

**ORDER**

This matter, having come before the Court on Plaintiff Duolingo Inc.'s Administrative Motion to Consider Whether Defendant Modern Font Application LLC's Materials Should Be Sealed (ECF No. 51), and the Court having considered Defendant's Rule 79-5(f) Statement and the Declaration submitted therewith, the Court finds that the following documents may properly be sealed, based on Defendant's representations that they contain HIGHLY-CONFIDENTIAL – ATTORNEYS EYES ONLY information and the information provided in Defendant's Rule 79-5(f) Statement and the Declaration submitted therewith, and hereby orders that the following documents shall be maintained under seal in this case:

| ECF No. | Document Description | Portion to Be Sealed |
|---|---|---|
| 50 | Duolingo, Inc.'s Supplemental Opposition to Defendant Modern Font Applications LLC's Motion to Dismiss | (referring to the page numbers at the bottom of each page) Highlighted text on pages 1-3 |
| 50-2 | Exhibit A to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |
| 50-3 | Exhibit B to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |
| 50-4 | Exhibit C to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |
| 50-5 | Exhibit D to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |
| 50-6 | Exhibit E to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |
| 50-7 | Exhibit F to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |
| 50-8 | Exhibit G to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |
| 50-9 | Exhibit H to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |

| ECF No. | Document Description | Portion to Be Sealed |
|---|---|---|
| 50-10 | Exhibit I to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |
| 50-11 | Exhibit J to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |
| 50-12 | Exhibit K to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |
| 50-13 | Exhibit L to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |
| 50-14 | Exhibit M to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |
| 50-15 | Exhibit N to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |
| 50-16 | Exhibit O to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |
| 50-17 | Exhibit P to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |
| 50-18 | Exhibit Q to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |
| 50-19 | Exhibit R to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |
| 50-20 | Exhibit S to the Declaration of Gregory Sobolski ISO Duolingo, Inc.'s Supplemental Opposition to MFA's Motion to Dismiss | Entire Document |

IT IS SO ORDERED.

Dated: December __, 2021          By: _____
                                         LUCY H. KOH
                                         UNITED STATES DISTRICT JUDGE